AUSA: Craig Wininger    Telephone: (313) 226-9569
AO 106 (Rev. 04/10) Application for a Search Warrant   Special Agent:   Nathan Triezenberg, ATF   Telephone: (810) 347-3408

# UNITED STATES DISTRICT COURT

for the
Eastern District of Michigan

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>42593 Argyle Court, Canton, Michigan and<br>Grey Ram 1500 (More fully described in Attachment A) | )<br>)<br>)<br>)<br>)<br>)<br>Case No. 19-mc-51824-10 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

located in the _____Eastern_____ District of _____Michigan_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Prohibited Individual in Possession of a Firearm |
| 21 U.S.C. § 841(a)(1) | Distribution of Controlled Substance |

The application is based on these facts:

See attached AFFIDAVIT.

- ☐ Continued on the attached sheet.
- ☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Nathan Triezenberg, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____July 22, 2020_____

City and state: _____Detroit, MI_____

_____
*Judge's signature*

Elizabeth A. Stafford, U. S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF **42593 Argyle Court, Canton, MI; Grey Ram 1500, License Plate EDA6060** | Case No. 19-mc-51824-10 <br><br> **Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Nathan Triezenberg, being first duly sworn, hereby state:

1.     I have been a Special Agent with the Bureau of

Alcohol, Tobacco, Firearms, and Explosives, United States

Department of Justice, assigned to the Detroit Field Division since

September 2015.  I graduated from the Criminal Investigator

Training Program and the ATF Special Agent Basic Training

Program at the Federal Law Enforcement Training Center in

Glynco, Georgia. During my employment with ATF, I have

conducted and/or participated in numerous criminal investigations

focused on firearms, drug trafficking violations, and other

criminal activity.

2.     I make this affidavit from personal knowledge based on

my participation in this investigation, including interviews

1

conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

3.    The information set forth in this affidavit is in support of search warrants for 42593 Argyle Court in Canton, Michigan ("**SUBJECT PREMSISES**") and for a grey Ram 1500 bearing license plate EDA 6060 **("SUBJECT VEHICLE")** and is for the limited purpose of establishing probable cause; this affidavit, therefore, may not include all the information collected during this investigation.

4.    ATF is currently conducting a criminal investigation concerning Gino MORGAN (B/M; DOB: XX/XX/1990) for violations of 18 U.S.C. § 922(g)(1) – Prohibited Individual in Possession of a Firearm, and 21 U.S. Code § 841(a)(1)- Distribution of Controlled Substance, among other state and federal criminal violations. Additionally, MORGAN has been identified as an absconder from probation.

## PROBABLE CAUSE

5.      In 2019, I initiated an investigation into Gino Marquez
MORGAN's involvement in violent crime, possession of firearms,
and interstate trafficking of narcotics. During the month of
October 2019, I met with Sergeant Thirlkill of the Detroit Police
Department. Sergeant Thirlkill confirmed that he was familiar
with Gino Marquez MORGAN, known by the rap moniker of
"Green Guy Rizzy" as well as "Rizzy."

6.      I reviewed Morgan's computerized criminal history
(CCH) and identified that MORGAN is a felon as a result of a
2011 conviction for Larceny from a Motor Vehicle and is therefore
prohibited from possessing of a firearm.

## ATF-1 INFORMATION

7.      Special Agent Shohn Joyner of the Drug Enforcement
Administration and I interviewed ATF-1 during the week of
November 20, 2019. ATF-1 is currently compensated monetarily
for assisting law enforcement. ATF-1 has assisted ATF, in
addition to the Michigan State Police, resulting in multiple state
search warrants as recently as August 2019. All of the information

provided by this source of information to ATF, which has been investigated, was found to be true, therefore reliable and credible.

8.      ATF-1 has known Gino MORGAN as a drug dealer for many years, and has seen MORGAN in possession of large quantities of heroin, marijuana, and methamphetamine. According to ATF-1, MORGAN now primarily operate as a methamphetamine dealer in Detroit, and additionally traffics in heroin, cocaine, and marijuana.

9.      During December 2019, SA Triezenberg interviewed ATF-1, who stated they have seen MORGAN with firearms on multiple occasions.

## INSTAGRAM INFORMATION

10.      In October, November, and December of 2019, and from January to July of 2020, I reviewed the publically available Instagram profile associated with Instagram User ID "BIG__RIZZ," which is the SUBJECT ACCOUNT.  I reviewed posted "stories," [1] images, and videos. After reviewing numerous

---

[1] Based on my training and experience, I know that "stories" are short videos or images that can be posted to an Instagram user's account, displayed publically, or displayed to the user's followers if the user has a private account.

images and videos posted to the Subject Account, I compared the user of the account with the Michigan driver's license photograph of MORGAN. I identified MORGAN as the individual depicted in the images and videos in the Instagram profile and determined that MORGAN accessed and utilized the account. (See images 10a, 10b, and 10c. Image 10c was obtained via Secretary of State). I queried the Michigan Law Enforcement Information Network (LEIN) and Michigan Third Circuit Court records regarding MORGAN. This query revealed that on June 8, 2011, was sentenced to probation Felony- Larceny from a Motor Vehicle- in Michigan Third Circuit Court.



**Image 10a**      **Image 10b**      **Image 10c**

11.    During October 2019, I reviewed the Subject Account and identified an image (See images 11a and 11b) posted on September 24, 2019, in which MORGAN is pictured with what appears to be a pistol in his waistband, containing a high capacity magazine. The caption of the photo states, "Lately I've been feeling like the old me."



**Image 11a**            **Image 11b**

12.    On December 15, 2019, SA Triezenberg reviewed the Subject Account and identified posts in which MORGAN was in possession of, and in close proximity to, firearms. In a post made to the Subject Account (See image 12a) on December 16, 2019,

MORGAN is shown in possession of an AK-style firearm containing a high capacity magazine.



**Image 12a**

13.    On December 20, 2019, SA Triezenberg identified a story posted to the Subject Account (See images 13a and 13b) in which MORGAN is shown holding a pistol consistent with the design of a Glock. Your affiant is trained as an interstate nexus expert of firearms and therefore is trained in identifying the characteristics of firearm designs.



**Image 13a**         **Image 13b**

14.   On January 14, 2020, at approximately 0200 the Subject Account posted a story containing an image (See image 14a) of an FN Pistol with a loaded magazine with ammunition consistent with that of an FN Five-Seven pistol.



**Image 14a**

15.    On February 14, 2020, Instagram User ID "big__rizz" posted a photo to Instagram depicting what appears to be an AK style pistol containing a high capacity magazine. The words, "I stay with that sword like I'm dark vader just know I ain't running" are depicted in the caption. (See image 15a)



**Image 15a**

16.    On February 21, 2020, at approximately 2000,

Instagram User ID "big__rizz" posted a series of Instagram stories

publicizing the possession and sale of what appears to be

marijuana (See images 16a through 16c). Based on training,

experience and information obtained from ATF-1, Special Agent

Triezenberg is aware that the term "glookies," "platinum cookie,"

and "shine og" are names of marijuana types and the

accompanying numbers "150" and "175" are prices for particular

amounts of marijuana.



**Image 16a**          **Image 16b**          **Image 16c**

17.    On February 27, 2020, at approximately 2000,

Instagram User ID "big__rizz" posted a story depicting what

appears to be marijuana (See image 17a). Based on training,

experience and information obtained from ATF-1, Special Agent

Triezenberg is aware that the term "Mac1" is the name of a

marijuana type and the accompanying number "190" is a price for

a particular amount of marijuana.



**Image 17a**

18.    On March 2, 2020 at approximately 1600, Instagram

User ID "big__rizz" posted an Instagram Live story depicting what

appears to be a magazine containing ammunition. (See image

18a). During the video, while showing the firearm magazine,

MORGAN is heard saying "you know we ridin' man, yeah, fuck is

you talkin' about"



**18a**

19.    During the course of fixed surveillance during the
month of February 2020, Agent Triezenberg identified a grey Ram
1500 bearing license plate EDA 6060 as the vehicle utilized by
MORGAN. This is the Subject Vehicle. As recently as July 6, 2020,
the Subject Vehicle has been observed during surveillance at
42593 Argyle Court.

20.    On March 12, 2020, at approximately 7:17PM, Gino
MORGAN was involved in a shooting in the area of 11816
Flanders, Detroit, MI. At the time of the shooting, MORGAN

drove himself to the Detroit Police Ninth Precinct, located at 11187 Gratiot Ave., Detroit, MI, while utilizing the Subject Vehicle. After transporting MORGAN to the hospital, the vehicle was towed to a secure facility. As a result, an inventory of the vehicle was performed by law enforcement, during which time a loaded FN magazine was located containing 30 rounds of ammunition; additionally, five (5) cellular devices were located in the vehicle. MORGAN was hospitalized as a result of his injuries.

21.    On June 4, 2020, I identified a post made to the account "BIG_RIZZ" on June 1, 2020, in which MORGAN is shown posing with a firearm with the physical characteristics consistent of an FN 5.7 pistol. SA Triezenberg provided the photos (See images 21a, 21b, 21c, and 21d), as well as a cropped photo and a comparative photo (See images 21e and 21f) of an FN Five-Seven pistol to Special Agent Shannon Richardson, who is trained as an Interstate Firearms Nexus Expert. SA Richardson stated that the firearm held by MORGAN is consistent with the physical characteristics of an FN Five-Seven pistol.



21a                                           21b



21c                              21d

21e                              21f

22.    On June 11, 2020, Special Agent Nathan Triezenberg

with the Bureau of Alcohol, Tobacco, Firearms and Explosives

reviewed Instagram posts made to the account BIG__RIZZ. The

Instagram story was posted during the evening of Wednesday, June 10, 2020, during which MORGAN is identified at multiple points. During the course of the Instagram story, multiple items consistent with the design and characteristics of firearms are shown (See images 22a, 22b, 22c, and 22d). The items shown are consistent with the design of the following firearms: a Micro Draco AK-variant firearm, a Remington Tac-10 shotgun, and a Spiker Tactical AR-15 variant firearm.

 

22a                    22b

 

22c                                    22d

23.    On June 26, 2020, I reviewed the Instagram story

posted to the account "Big__Rizz." While reviewing the posts (See

images 23a, 23b, and 23c), I identified packaged marijuana and,

through reviews of previous Instagram stories, identified the

activity as the advertisement for the availability for these

packages to be purchased by viewers.



23a                     23b                     23c

24.    On July 8, 2020, I was contacted by Detroit Police

Department Crime Analyst, Zachary Benton in reference to an

incident involving MORGAN (Detroit Police Case #200702-0291).

On July 2, 2020, Detroit Police officers responded to a dispute

between MORGAN  and his sister Dajai Morgan. Dajai Morgan

stated to officers that an argument ensued between herself and

MORGAN occurred. The argument occurred due to MORGAN

owing Morgan approximately $300.00. Dajai Morgan stated that

MORGAN then began striking her and as she attempted to grab

mace from her keychain, MORGAN took the mace from her hand,

took a gun out and fired it next to her foot. Following the incident,

MORGAN left the area.

## Morgan's connection to 42593 Argyle Ct, Canton, MI 48204

25.    On June 10, 2020, I spoke with ATF-1 who stated that

MORGAN is staying in the Canton, MI area "somewhere off Ford

Road."

26.    On May 29, 2020, I identified Sharay CAWTHON as

MORGAN's significant other. Through open source searches,

CAWTHON's public Facebook Account was identified as "Sharay

Kinyolla" on which she is pictured with Gino MORGAN.

27.    On June 15, 2020, I performed a query of law

enforcement databases to determine current address information

for CAWTHON and identified 42593 Argyle Court, Canton, MI as

a listed current address. This is the Subject Premises. On June 19,

2020, I performed surveillance in the area of the Subject Premises

and the Subject Vehicle parked adjacent to the Subject Premises.

Upon reviewing reports taken from the March 12, 2020 shooting

involving MORGAN, I confirmed that Subject Vehicle is the same vehicle driven by MORGAN.

28.   On June 22, 2020, I performed surveillance at the Subject Premises and identified a female matching the physical characteristics and description of CAWTHON exit the Subject Premises. Additionally, I identified the Subject Vehicle present in the parking area immediately adjacent to the Subject Premises.

29.   On June 23, 2020, I identified vehicle registration information for the Subject Vehicle showing an address of 8344 Esper, Detroit, MI, and as being listed as leased to Shary Cawthon.

30.   On June 24, 2020, I performed surveillance at the Subject Premises and identified a black male matching the physical characteristics of MORGAN exit the Subject Premises followed by a female matching the description of CAWTHON.

31.   On June 26, 2020, I performed surveillance in the area of the Subject Premises and identified the presence of the Subject Vehicle parked adjacent to the Subject Premises.

32.    On June 29, 2020, I performed surveillance in the area of the Subject Premises. At approximately 1355, I identified MORGAN exit the Subject Premises while walking a dog.

33.    On July 6, 2020, I reviewed the Instagram story posted to the account BIG__RIZZ. During the course of the video, MORGAN is shown as well as the dog identified on June 29, 2020, which accompanied MORGAN outside of the Subject Location.

34.    On July 6, 2020, I observed MORGAN and CAWTHON exit the Subject Premises. When departing the Subject Premises, I observed MORGAN turn back to lock the door behind CAWTHON. I then changed my surveillance position and observed MORGAN enter the driver's door of the Subject Vehicle, and CAWTHON enter the front passenger door. The Subject Vehicle then departed the area.

35.    On July 21, 2020, TFO Don Clark performed surveillance in the area of the Subject Location. At approximately 1255, TFO Clark observed MORGAN exit the Target Location with a black female matching the description of CAWTHON.

MORGAN entered the Subject Vehicle and prior to departing

engaged with TFO Clark, asking what TFO Clark was doing. At

this point, MORGAN returned the Subject Location.

## TRAINING AND EXPERIENCE

36.    Based on Affiants training, experience, and discussions

with other law enforcement officers, Affiant knows:

37.    Individuals who are prohibited from possessing

firearms, to include felons and unlawful users of controlled

substances, store those firearms nearby, often in their homes or

cars, so that the firearms are easily accessible.

38.    Individuals who possess firearms often possess other

items commonly used or acquired in connection with the

possession of firearms. Some of these items include, but are not

limited to, other firearms, firearm parts, ammunition, firearm

receipts, firearms brochures or owner's manuals, records of sale or

acquisition of firearms, firearms magazines, and holsters.

39.    Firearms are durable and non-perishable goods, which

can be expected to remain in the individual's possession for

extended periods.

40.   Individuals who possess firearms frequently utilize cell phones to take photographs and videos of themselves in possession of firearms.  Affiant has personally reviewed dozens of forensic extractions of cell phones seized from individuals illegally possessing firearms and observed pictures and videos of the individuals possessing firearms and communicating through calls, texts, and social media applications regarding purchasing or selling firearms, ammunition, and/or accessories.  In this instance, MORGAN has frequently utilized Instagram to upload videos taken with a cellular device.  Furthermore, the above-referenced search warrant for the device believed to be MORGAN' cell phone, has the ability to access those social media applications.

41.   Individuals will often utilize residences as "stash houses" to store narcotics and will pick up narcotics to perform deliveries. These residences will often contain not only narcotics, but fruits and instrumentalities of narcotics trafficking to include: currency, scales, packaging material, material utilized for mixture, and ledgers.

## CONCLUSION

42.     Probable cause exits that SUBJECT PREMISES and SUBJECT VEHICLE contain fruits, instrumentalities, and evidence of federal crimes specifically relating to violations of 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and 21 U.S. Code § 841(a)(1)- Distribution of Controlled Substance

Respectfully submitted,

Nathan Triezenberg
ATF Special Agent

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Hon. Elizabeth A. Stafford
United States Magistrate Judge

Dated:     July 22, 2020

25

## <u>ATTACHMENT A</u>

1)      **42593 Argyle Court in Canton, Michigan (SUBJECT PREMISES 1)** is described as a two story, single-family apartment with red brick, and a red door. There is also a parking lot south east of the residence. The residence is located on the west side Lilley Road between Joy Road and Warren Road.  The numbers "42593" are clearly displayed to the left of the front door.









**2)    The Ram 1500 bearing Michigan license plate EDA6060, registered to 8344 Esper, Detroit, MI, to Shary Cawthon according to Michigan Secretary of State Records.**

is described as a grey, four-door pickup truck.

## ATTACHMENT B

## PARTICULAR ITEMS TO BE SEIZED

1.      The government is entitled to seize all information that constitutes fruit, evidence, or instrumentalities of violations of 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(c), 21 U.S. Code § 846, and 21 U.S. Code § 841(a)(1) involving the occupants of 42593 Argyle Court in Canton, Michigan, involving Gino MORGAN, Renard BROWN and associates, including, but not limited to the following matters:

  a.    papers and effects showing occupancy, ownership, dominion or control of the **SUBJECT PREMISES**, and any other location that may be locations of possession, acquisition, or disposition of firearms, including, but not limited to, rent and property receipts, keys, bills, and cancelled mail envelopes and contents;

  b.    photographs of firearms, ammunition, United States currency, or paraphernalia or other contraband;

2.      Narcotics and the items commonly associated with the packaging and sales of controlled substances, including commercial plastic wrap, plastic containers, duct tape, plastic bags or zip lock bags, canisters, scales, or other weighing devices.

3.      Evidence of a conspiracy to distribute narcotics including books, records, correspondence, narcotic customers lists, narcotic suppliers lists, ledgers, logs, journals, accounts payable and receivable, pay-owe sheets, contracts, letters and memoranda of agreements between the conspirators, formulas, receipts, phone records, phone books, address books, notations and other papers, and any files relating to the distributing of controlled substances.

4.      Indicia of occupancy, residency, and/or ownership, or use of the previously described property, premises, or vehicles, and any other property, premises, or vehicles, not limited to utility and telephone bills, canceled envelopes, registration, receipts, and keys which tend to show the identities of the occupants, residents, and/or owners.

5.      Financial records including expenses incurred in obtaining the equipment and items necessary for the distribution of controlled substances, income derived from the sales of controlled substances, as

well as records of legitimate income or lack thereof, and general living expenses. Financial records of persons in control of the property, premises, or vehicles, including bank statements, bank receipts, passbooks, bank checks, money market or similar accounts, money drafts, wire transfers, money orders, payroll documents, employer information, income and expense records, Federal and State income tax returns, cashier's checks, loan applications, credit card records, safe deposit box and records, acquisitions, notes, and records reflecting vehicles, owned, purchased, sold or leased.

6.      Weapons and firearms, including handguns, pistols, revolvers, rifles, shotguns and any other weapons as defined in Title 18 of United States Code and ammunition.

7.      Tools and implements used to obliterate or alter firearms serial numbers, including grinders, drills, files, sanding discs, and drill bits, evidence of any firearms serial number obliteration operation, including metal filings and shavings, firearms boxes, containers and other shipping and packaging materials.

8.      Receipts and documentation regarding ownership or possession of firearms and ammunition to include copies of dealer's

record of sales forms, firearms transaction records, invoices, firearms pick-up slips, bills of sale, dealer firearm tags, cash register receipts, and storage unit receipts.

9.    Books, records, receipts, notes, ledgers and other papers related to the expenses and procurement of firearms and to the transportation, ordering, sale and distribution of firearms, including buyer lists, seller lists, records of sales and expenditures made to distribute firearms.

10.    Personal calendars, address and/or telephone books, Rolodex indices and papers reflecting names, addresses, telephone numbers, pager numbers, fax numbers and or telex numbers, and correspondences of the subjects of the investigation and their criminal associates, sources of supply, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists, such articles of personal property tending to establish the existence of a conspiracy to steal and distribute firearms.

11.    Photographs, negatives, video tapes, films, undeveloped film and the contents there in, and slides depicting the subjects of the investigation and their criminal associates, assets.

12.     Articles of personal property, such as personal identification, personal correspondence, delivery bags, diaries, checkbooks, notes, photographs, keys, utility bills, receipts, rent receipts, addressed envelopes, bills, personal telephone, video tapes and cassette boxes, tending to establish the identity of the person or persons in control of the premises, vehicles, storage areas and containers being searched.

13.     Devices used to communicate with other individuals involved in possession of stolen firearms, including cellular telephones, including but not limited to all stored electronic data, mobile telephones, phone answering machines, telephone answering machine tapes, beepers or pagers, and devices to conduct counter-surveillance against law enforcement such as radio scanners, police radios, surveillance cameras and monitors, anti-bugging devices and devices used to detect the presence of wiretaps, recording devices or transmitters and/or receipts or literature describing the same.

14.     United States currency in excess of $500.00

15.     Evidence of records relating to the use of and accumulation of proceeds derived from the sale of firearms, as well as the acquisition of property obtained from firearm proceeds, and items evidencing the

obtaining, secreting, transfer, concealment and/or expenditure of money

obtained from drug sales, including precious metals, jewelry, records of

large purchases, receipts, canceled checks, bank records, credit card

records, wire transfers, wire receipts, cashier's checks, receipts, money

drafts, money orders, money order receipts, and income tax returns.

16.    Papers, tickets, notes, schedules, receipts and other items

related to travel concerning the distribution of firearms.

17.    Assigned telephone numbers for any and all telephone,

cellular telephone and pagers found on the premises or vehicles, along

with telephone toll records, papers, notebooks and other items,

documenting or evidencing the acquisition and distribution of firearms

among co-conspirators.

18.    All financial records, bank account records, bank statements,

canceled checks, and/or ATM records; and Identification documents

issued to include driver's licenses and Social Security cards;

19.    CELLULAR TELEPHONES:  This warrant authorizes the

search for and forensic examination of cellular telephones, for the

purpose of identifying the electronically stored information described

herein including all records on the cellular telephones that relate to

violations of Title 21, United States Code, Sections 841(a)(1) and 846 including:

20.    lists of customers and related identifying information;

21.    types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

22.    any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

23.    any information recording the above-listed individual's schedule or travel from 2013 to the present;

24.    all bank records, checks, credit card bills, account information, and other financial records.

25.    Evidence of user attribution showing who used or owned the cellular telephones at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

26.    In addition, permitting the search of the memory of such devices for:

- all telephone numbers and direct connect numbers or identities assigned to the device, including the Electronic Serial Number (ESN) and the International Mobile Subscriber Identity number (IMSI) relating to the cellular telephones;

- Call and direct connect history information, including dates, times, and duration of telephone calls, as well as the contact information related to those calls;

- Telephone book or list of contacts; and

- And photographs, video footage, text messages, and emails evidencing methamphetamine or controlled substance distribution;

- Text messages relating to drug transactions, payment for such transactions, or arrangements to meet for such transactions;

- Email messages relating to drug transactions, payment for such transactions, or arrangements to meet for such transactions;

- Photographs and/or videos, in particular photographs and/or videos of co-conspirators, assets, and/or controlled substances.

- Access to social media available on the cellular telephones to search for the items listed in this attachment.

27.   This warrant authorizes the search for and forensic examination of digital storage devices to include personal computers, tablets, ipads, memory cards, flash drives, digital cameras, hard disc drives, external disc drives, digital video recorder (DVR), home security DVR, or any device capable to store digital media.

28.   Money counting machines, money wrappers, and/or work sheets, tally sheets, or ledger sheets reflecting or accounting for money received, disbursed, or exchanged.

29.   United States currency, precious metals, jewelry, automobiles, and financial instruments, indicative of the proceeds of illicit narcotic trafficking.

30.   Storage units and containers, such as floor safes, wall safes, upright safes (also known as gun safes), lock boxes, safe deposit boxes, and other self-contained locked enclosures found on the premises or for documents relating to such items.

31.   Firearms and weapons used by drug traffickers to protect themselves or their contraband.

32.    The law enforcement also seek to take photographs and videos of the **SUBJECT PREMISES**.

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the
Eastern District of Michigan

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.   19-mc-51824-10 |
| 42593 Argyle Court, Canton, Michigan and | ) | |
| Grey Ram 1500 (More fully described in Attachment A) | ) | |
| | ) | |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern _____ District of _____ Michigan _____.
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

**YOU ARE COMMANDED** to execute this warrant on or before   August 5, 2020 _____ *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  the presiding United States Magistrate Judge on duy   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:       July 22, 2020    10:47 am _____          *Elizabeth A. Stafford*
                                                                                          *Judge's signature*

City and state:      Detroit, MI _____                    Elizabeth A. Stafford,   U. S. Magistrate Judge
                                                                                          *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>19-mc-51824-10 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*